# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *v.* | ) | Criminal No. 04-10022-MEZ |
| | ) | |
| JENNIFER MARIE SHURTS | ) | |

## WAIVER OF INDICTMENT

I, **JENNIFER MARIE SHURTS**, the above-named defendant, who is accused of knowingly and willfully engaging in successive schemes to defraud each of which she executed by wire in violation of 18 U.S.C. 1343, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on March 1, 2004 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Jennifer Marie Shurts

_____
Leo Sorokin, Esq.
Counsel for Defendant

Before: _____
Morris E. Lasker
Senior U.S. District Judge