UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Cr. No. 04-10022-MEL
)
JENNIFER MARIE SHURTS )

## JOINT MOTION TO CONTINUE SENTENCING DATE

The parties hereby jointly move to continue the date of the sentencing of defendant Jennifer Marie Shurts from Thursday, May 27, 2004 to, if possible, August 2, 4, 9, 10 or 11, 2004, or a date convenient to the Court after Labor Day (due to defense counsel's late August vacation). As grounds therefor, the parties state as follows:

1. The defendant pleaded guilty to a two-count Information in this case pursuant to a plea agreement under which she may seek a departure to the applicable sentencing guideline range based on the grounds of diminished capacity.

2. The defendant intends to file such a motion and to support it with a report of a clinical psychologist.

3. As of this date, the expert has yet to produce a report of her opinion. The expert expects to complete her report in the next two weeks.

4. As a result, the defendant will need more time to assimilate the report into the motion for downward departure her counsel is now drafting.

5. The government in turn will need time to respond to the report, including, if necessary, time to retain its own expert to

evaluate the defense expert reports and to examine Ms. Shurts.

6. Paragraph 4 of the plea agreement between the parties provides:

> In order to provide the government an adequate opportunity to respond to such a motion and to assist the Court in its determination of her mental condition, the Defendant agrees to provide the government with any expert report on her mental condition no later than forty-five day prior to her sentencing hearing. The defendant further agrees not to oppose (1) the government's request that the Court order an outpatient psychiatric or psychological examination of her pursuant to 18 U.S.C. §3552 or (2) any motion to continue the defendant's sentencing for as long as reasonably necessary to allow the government to conduct such an examination and prepare its response to the defendant's motion for downward departure.

7. In keeping with the plea agreement, and in order to afford both parties an adequate opportunity to present their positions on the issue of the defendant's mental capacity at the time of the offenses, the parties submit that they will need at least an additional sixty days to prepare for sentencing.

8. Accordingly, the parties respectfully request that the Court continue the sentencing to one of the dates listed above or another date convenient to the Court after Labor Day so that the government will be in a position to respond to the defendant's expert report.

Dated: May 19, 2004                    Respectfully submitted,

                                       MICHAEL L. SULLIVAN
                                       United States Attorney

                                       By: _____
                                       JONATHAN F. MITCHELL
                                       Assistant U.S. Attorney

JENNIFER SHURTS
By her attorney

*/s/ Leo Sorokin / by VT*
LEO SOROKIN, Esq.
BBO#559702
Federal Defender Office
480 Atlantic Avenue
Boston, MA 02110