UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cr. No. 04-10022-MEL |
| | ) |
| JENNIFER MARIE SHURTS | ) |

<u>ASSENTED-TO MOTION TO ALLOW EARLY PAYMENT TOWARD RESTITUTION</u>

    Defendant hereby requests the Court to direct the United States District Court Clerk's Office to accept payments made toward restitution in this case now, or at any time prior to entry of Judgment, and to hold the funds deposited with the Court until the Court enters a Judgment at which point the Clerk will pay the funds deposited with it toward the restitution order entered by the Court.  Defendant makes this request to enable the Clerk's Office to accept funds Ms. Shurts' would like to pay toward her restitution before sentencing.  Absent an Order of the Court, the Clerk's Office cannot accept the money.  A proposed form of Order is attached.

    AUSA Jonathan Mitchell has stated his assent to this motion.

                                  JENNIFER SHURTS
                                  By her attorney

                                  Leo T. Sorokin, Esq.
                                  /s/ Leo T. Sorokin
                                    B.B.O. #559702
                                  Federal Defender Office
                                  480 Atlantic Avenue, 3rd Floor
                                  Boston, MA 02110

Dated: August 19, 2004

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  ) Cr. No. 04-10022-MEL
                            )
JENNIFER MARIE SHURTS       )
```

                              ORDER

   The Court hereby Orders the Clerk of the United States District Court to accept now, or at any time prior to entry of Judgment in this case, funds for payment of any restitution order entered in this case.  Upon receipt of these funds, the Clerk shall hold these funds until such time as Judgment enters in this case at which time any funds deposited with the Clerk pursuant to this Order shall be used to pay toward any restitution imposed in this case.

                                   _____
                                   Morris E. Lasker
                                   U.S.D.J.

Dated: August __, 2004