```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA )
)
)
v. ) Cr. No. 04-10022-MEL
)
JENNIFER MARIE SHURTS )

### ORDER

The Court hereby Orders the Clerk of the United States District Court to accept now, or at any time prior to entry of Judgment in this case, funds for payment of any restitution order entered in this case. Upon receipt of these funds, the Clerk shall hold these funds until such time as Judgment enters in this case at which time any funds deposited with the Clerk pursuant to this Order shall be used to pay toward any restitution imposed in this case.

_____
Morris E. Lasker
U.S.D.J.

Dated: August 19, 2004