UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 04-10022-MEL |
| | ) | |
| JENNIFER MARIE SHURTS | ) | |

## JOINT MOTION TO CONTINUE SENTENCING DATE

The parties hereby jointly move to continue the date of the sentencing of defendant Jennifer Marie Shurts from Wednesday, September 8, 2004, to a date to be determined after the government's expert has produced a report of his findings and conclusions.  As grounds therefor, the parties state as follows:

1.    The defendant pleaded guilty to a two-count Information in this case pursuant to a plea agreement under which she may seek a departure to the applicable sentencing guideline range based on the grounds of diminished capacity.

2.    The defendant intends to file such a motion and to support it with a report of a clinical psychologist.  The report states that in the expert's opinion, the defendant suffered from a diminished mental capacity at the times of her offenses.

3.    The government is in the process of retaining its own expert, and expects the final internal approvals to be completed in the next week.  Pursuant to the plea agreement, the defendant will submit to a psychiatric evaluation by the government's expert, who in turn will produce a report of his findings and conclusions.

4.    Accordingly, the government will need more time to

assimilate the report into its response to the defendant's motion. The defendant likewise will need time to review the report and the government's report in preparation for sentencing.

5. In order to afford both parties an adequate opportunity to present their positions on the issue of the defendant's mental capacity at the time of the offenses, the parties respectfully request that the Court:

(A) Vacate the current sentencing date;

(B) Order the government to report to the Court when its expert has completed his psychiatric evaluation and report;

(C) At such time, establish a briefing schedule for the defendant's motion and the government's response, and a date for the sentencing hearing.

Dated: August 31, 2004

Respectfully submitted,

MICHAEL L. SULLIVAN
United States Attorney

By:

JONATHAN F. MITCHELL
Assistant U.S. Attorney

LEO SOROKIN, Esq.
Federal Defender Office
480 Atlantic Avenue
Boston, MA 02110