April 27, 2004

The Honorable Morris Lasker
United States District Court
One Courthouse Way
Boston, Ma.

Dear Judge Lasker;

I am writing to you on behalf of my sister, Jennifer Shurts, who is due to be sentenced in your court on May 27th.

My name is Mary Ross and I am Jennifer's eldest sister. She sometimes refers to me as 'Mommy 2' because I was 18 when she was born.

I knew she had problems when she was 5 years old and I tried, in vain, to get her psychiatric help. She was always so fearful, one phobia turning into another as she got older. I wish now that I had persisted in getting her help. When I think of how she saw herself growing up, it breaks my heart. I know it breaks my parents' heart too.

Jennifer has always been dependable, generous and loving to me, my husband and my children...making time, even when she didn't have any, always giving positive encouragement to her nieces and nephews. She has always worked hard... usually with little or no sleep. She put herself through college while working full-time. She bought her first home by herself when she was only 21 and single.

She always appeared to be so in-control of everything! Part of the sickness, I'm sure.

Jennifer is a wonderful mother to her boys, ages 3 and 4. They need her and depend on her, especially her oldest, Bryce, who seems so much like her as a child.

I know Jennifer was wrong. She made mistakes. I believe she felt so responsible for the success of the companies she worked for and to fulfill these expectations they had of her. I believe she truly thought she could eventually deliver. There was never a "I can't do it" in Jennifer's vocabulary. Part of the sickness again.

I hope the court can be compassionate and give Jennifer clemency. I know she will work hard to make restitution. I beg Your Honor to consider her children and my parents, too, when you judge her. My parents are elderly and feel so responsible. We love them and Jennifer very much!

Sincerely,

*Mary Ross*

Mary Ross

Honorable Morris Lasker  
United States District Court  
One Courthouse Way  
Boston, Ma.

April 28, 2004

Dear Judge Lasker;

My name is Frances Monteros. I am the seventy-six year old mother of Jennifer Shurts. I am writing this letter, your honor, to beg you to please have compassion for Jennifer and her family. She is the heart of that family and they need her desperately. Her little boys (3yrs & 4 ½ yrs) adore their mommy. She is a wonderful mother, loving and nurturing and totally devoted to them.

As the sole financial support of her family, it would put all of them in such jeopardy if she had to be gone. She would lose her job, her home and they would all lose their medical as a result. She needs her medical to continue her therapy and medication. Her children would be traumatized to have her suddenly gone. There is just no way to prepare those two little boys, at this crucial age, for the shock of having their mommy gone.

Jennifer has never before been in any trouble, never used drugs or alcohol, never even smoked. All her problems stem from her disorder and my neglect to get her the help she needed as a child, when she was showing every sign that something was very wrong. She had to hit a wall for the realization to hit home!

Today, I can hardly bear to think of her childhood. I loved her, but I failed her. "You did the best you knew how mom", she always tells me, when I berate myself now. I was in such denial out of fear and ignorance that I did nothing. Now we know so much more about this disorder than we did thirty-four years ago. We know that it is a chemical anxiety disorder that runs in my family, which manifests itself in eating disorders, panic attacks, perfectionism, low self esteem and an unhealthy need to please. We know that her recovery is a process that will take time, therapy and medication. The most painful thing for her to bear is the hurt she feels she has brought on her family. I feel the one she has hurt the most is herself and believe me, Your Honor, She has suffered and is still suffering from the repercussions.

Jennifer is a very spiritual person and this has helped her in this crisis that she finds herself in. We are a large close-knit family. What happens to one of us affects us all. I hope and pray, Your Honor, that you will find a way to keep her with her family. We will monitor her, look out for her and help her realize the wonderful and valuable human being that she is.

Honorable Morris Lasker
United States District Court
One Courthouse Way
Boston Ma.

May 5, 2004

Dear Judge Lasker

Jennifer Shurts is my daughter, my name is John Monteros, I am seventy-six year old.
I hardly know how to begin this letter, there is so much to tell. I will begin by saying that several months ago when Jennifer, at the advice of her therapist wrote a letter to all her family telling us of her painful childhood and the consequences of the disorder (OCD) that she suffered all her life. If only we had known!
At the age of 25 she left California because UPS promoted her and sent her to New Jersey. For the past twelve years she has been living away from us and it was difficult to know what was going on with her. She always painted a very positive picture. We thought she was happy and doing well. By reading her letter to us, we now know that was far from the case. She was living under tremendous pressure, and we now know that pressure creates high anxiety for her.
All of her life she was a paradox to me. On the one hand sweet, loving, and generous. On the other, difficult and moody. She seemed to need to have everything perfect, she wanted so much to please.
Now after this year of therapy I understand so much more, I know she does too.
My wife and I will be married fifty-seven (57) years this July. After this many years you are bound to have some bumps in your life. My wife's diagnosis with breast cancer was a tough one to go through. Now, this anguish over Jennifer is really tough.
I love my child and am very proud of her, she is working so hard to change her life for the better. She is an excellent mother and a loving wife. Her main motivation are her two little boys. She is ever watchful because she knows that her disorder is genetic.
Your Honor, I hope and pray you give her a chance to remain with her family, continue to work, and continue her therapy.
We as her family will be there to support her every need and help monitor her progress.

Sincerely

*[signature: John J Monteros]*
John J Monteros

January 13, 2004

Dear Sir:

Our entire family has been shocked by the situation our sister, Jennifer Shurts, has come to. Although we were aware over the years that Jennifer had many emotional problems, but because she lived so far away, we had no idea of the scope and danger she was putting herself and her family in. We became aware of her illness, her illegal activities and the court case proceeding against her, only in the last few months.

We have since taken a very active role in Jennifer's life. *We ask you to please, please, consider allowing an argument for home detention.*

Jennifer has two young boys, Bryce and Cole, aged 4 years and 3 years. Her husband is a loving stay at home father but with his own troubled childhood. We notice a special delicacy in Bryce and feel that he exhibits repetitive and emotional behavior that resembles Jennifer's as a child. We feel so deeply and strongly that it would be extremely destructive to the children, especially at this period of their lives when it would be so difficult for them to understand, to be abandoned by their mother for such a long period of time.

We are a large family, a responsible family, and a close family. Jennifer has just returned in the past year to live near us. The level of our involvement in her life has radically changed since her return to California and especially since we learned of the extremes of her actions and behaviors.

Please sir, please consider allowing home detention as a method of avoiding punishing the children. We would, as a family, consider any possibility you might recommend as a method of assurance that she conform to those behaviors we hold essential to functioning as a society and would do whatever possible to make sure that the financial restitution is satisfied. We love Jennifer, we believe in her ability to change, but our deepest and strongest concern is for our nephews.
Sincerely,

Rebecca Manton, sister
*Rebecca Manton*
Melissa Monteros, sister
*Melissa Monteros*
Mary Ross, sister
*Mary Ross*
Christopher Monteros, brother
*Christopher Monteros*
John and Frances Monteros, parents
*John Monteros*
*Frances Monteros*

Honorable Morris Lasker
United States district Court
One Courthouse Way
Boston, MA

Dear Judge Lasker,

I am Jennifer's husband of 8 yrs. We have a wonderful relationship and two wonderful and very good little boys, ages are 4 and 5. Your Honor it is very hard for me to write this letter for I am afraid it will read like a generic letter from a husband who would say anything to save his wife.

The truth is, I have been a Christian for most of my life. I love to go to church two, three or more times a week when life permits because I learned early on that if I walked with God the spirit of God alwayed stayed with me which in turn would help lead and guide me. In my life I have accumulated many reason to love God. I am telling you this part of my life only in hope that you will believe me when I tell you that I give you my word that everything I am getting ready to tell you in this letter is the truth, no half truths, nothing misleading, just the truth from the bottom of my heart and as I know it.

Your Honor my wife is without a doubt the most loving, sensitive, sweetest, and giving person I have ever known. See will do almost anything for even a complete stranger. She is without a doubt the kindest person I have ever known. She has always had the ability to hold out compassion for people, even though she may not know them. I have always marveled at this with Jennifer. I would like to share a few examples of what I mean, in this letter so you can get a sense of Jennifer's "true" character.

There would be times we would put an insignificant article or two in the newspaper to sell. When the people arrive she goes through the house looking for things, that she can "give" to them before they leave. All our old clothes, furniture and appliances are to go to a goodwill type organization or to somebody Jennifer found that needs them: They are never to be thrown away or sold.

Your Honor, Jennifer has always been a very generous person. I can tell you that as long as I have been with Jennifer, she consistently has put everyone before herself. Even when our own finances were tight, Jennifer insisted on paying for my grandmother's funeral when she passed. Coming from an indigent family myself, Jennifer was concerned that my cousin Randy, was going to have to pay for the funeral on his own. I have always been close to Randy therefore I had known before my grandmothers death that they were hurting for money even through he teaches at a University. Randy was raised by my Grandmother, so she was more like a mother, to him. He and his wife were adopting four children and needed money at the time. With a smile, Jennifer

suggested that we pay for the funeral to ensure that my Grandmother had a "proper" burial and Randy would not suffer additional, unnecessary stress. I know she did it for the four children as well. She had only met my cousin once.

On another occasion, Malissa, Jennifer's sister, was in Poland during Christmas without enough money to fly home. Jennifer flew her home business class which equates to about four round trips, anywhere in the US.

Recently, for the same sister, Jennifer gave away her two favorite pairs of pajamas, just because Melissa liked them. This may sound silly or insignificant, but Jennifer is not one to buy herself things. She does not find things that she likes or needs, very often. Her sister, Melissa is similar about buying things for herself, too. Anytime Melissa would visit us, she would want to wear one of those "two" pairs of Jennifer's "favorite" pajamas. Jennifer spent what she describes as, "years" to find the "perfect pajamas"(which I am sure is part of her condition). After the first observation of her sister's fondness for the pajamas, she gave her one of the two pair of pajamas. On another one of Melissa's visit's, Jennifer gave her the second pair of pajamas, along with her favorite pair of jeans. Melissa found things that she liked so infrequently, Jennifer wanted Melissa to have them.

In June of this year, an older lady came by to purchase two car seats for the toddlers of her son and daughter-in law. Jennifer let her buy one car seat for $25 and then proceeded to give her about 20 outfits, 8 pairs of baby shoes, a baby monitor, a diaper geni, toys, a tricycle and who knows what else she crammed into her car. When I asked Jennifer about it, she told me it sounded like the woman's son needed things for his 18 month old son. I had to laugh, this part of Jennifer still amazes me, even though I expect it. The Woman had mentioned to Jennifer that her son did most of his shopping for his baby boy at the Goodwill. Jennifer said that she preferred to give the items to the woman for her son, verses having them pay for similar items at a charitable organization. The woman was "choked up" and told me that Jennifer's generosity had been the nicest thing that anyone had ever done for her. Jennifer hugged the woman and told her that she was very appreciative of the opportunity to give the items to someone that could put them to good use! Two hours later I received a call from her son, Walter. He asked if we both could get on the phone together, and of course we did. He wanted to thank us and to tell us that what we (Jennifer) had done was the nicest thing a stranger had ever done for him. He promised to pass the generosity and kindness on to someone else someday. This event happened two weeks after I had told you of Jennifer going through the house looking for stuff to give. It was a total coincidence. I can think of about a half a dozen times when Jennifer has done this type of thing.

Then there was the time when Jennifer stopped for gas. As she went in to pay the cashier there was an elderly woman (89) asking to use the phone. The cashier was not paying attention or maybe was distracted for she was not answering the lady, who had asked several times for a phone. Jennifer offered her phone and in the process found out that she(Elnora Smith) had missed her bus to get to church. She wanted to try and find a friend to pick her up. It was getting dark and the service started at 7:30pm. Your Honor, Jennifer not only drove her to her church which was across town, but at the elderly ladies request, went in and stayed for the service with her.

One day our neighbor who is about 65 and a widow came over to ask if I could get a ball out of her gutter that a neighbors boy had thrown onto her roof. I went over and did as she had asked. The ladder I had used was new and made out of aluminum ; therefore it is very light. When I was

walking back to the house I could see that my wife looked bewildered. Jennifer asked me to please take the ladder back and let her keep it. Now, even though we did not know her very well, Jennifer knew that her daughter dropped by once to twice a week and felt that the ladder might come in handy for one of them in the future.

She is also sponsoring a child. His name is Klisman. Klisman lives in Albania.

Your honor I could type for days about all the things Jennifer has done for others and how sweet and good she is inside. Judge Lasker, this is truly how Jennifer is 24 hours a day, seven days a week. Even I, have to watch what I say because she will wear herself out trying to make me or our two boys happy, just as she does with friends and strangers that "need" something.

Your honor, Jennifer's lawyer may say to you he believes .... The D.A may believes this not to be true and says... The truth is that this whole sad affair had absolute nothing to do with trying to keep a job or money, and everything to do with Jennifer "pleasing the boss". I also know Jennifer would give anything she has to go back in time to undo the past five years, and to have started her therapy and medication earlier.

Your Honor, Jennifer is very sick, please believe me! She has been sick for as long as I have known her, probably since birth. Jennifer has an extremely hard time saying no to people that she cares about, which is <u>one</u> part of her illness. The importance of how people perceive her is part of Jennifer's personality disorder. I truly believe that Jennifer would take death over loosing face: She has to be perfect in everything she does and in every way. The impulses that drive her are very hard to over come, as her disorder has gone untreated for 38 years. If I have anything to be thankful for at this difficult time, it is that Jennifer is finally getting the therapy she has always needed. I thank God that she is on a medication that is also working.

As for future concerns that you may have regarding Jennifer's work, she has intentionally taken herself out of the type of job that could potentially allow her to repeat past behaviors. She did this of her own free will, with no advice from anyone. In her new job, which she has had for 12 months now, she has no <u>pipelines</u>, no <u>forecasts</u> and therefore does not feel an obligation to live up to "numbers" for people she values and respects

She is very, very sorry about how her employment terminated with Communispace. To this day, she still cries when we talk about Communispace or Diane Hessen. She feels horrible about lying to Diane Hessan because she considered Diane a friend and wanted to make Diane proud. They also had a good and common circle of friends that is now absent from Jennifer's life.

Jennifer is truly trying to make up for her behavior associated with this case, to take responsibility for it, and to get better. I praise God because I can see a difference in Jennifer since she began therapy and medication in late August of 2003. Your honor, Jennifer smiles when she talks about how she is gaining the right tools (therapy) to help her through her condition. It brings tears to my eyes because I see it, too. She is really trying to get well and repair any wrong she has done.

We are also working on refinancing our home to pay for restitution, at her request. Our interest rate will go from 6.7% to <u>9%</u> to accomplish this. I hope, Your Honor, that you will see Jennifer's sincerity to pay off her restitution immediately, verses making monthly payments. This was

3

Jennifer's decision. I have always wanted to pay off our house early (due to our age) so that one day Jennifer and I could retire. I hope you can see that this is not a trivial thing for our family.

I have always believed in part, that the strength and quality of our society is based upon people's ability to show mercy. Judge Lasker, I ask that you please have mercy on Jennifer. Our two little boys, Bryce and Cole would be devastated if their mother is taken away, as would I. There are only a few times that I can think of when Jennifer was not home at Bryce and Cole's bedtime. Everytime, they cried themselves to sleep even though I was with them. Jennifer cannot leave the house without them sobbing the moment they realize that she is gone. I believe with all my heart that a part of them will be very damaged if Jennifer is taken away. I am also afraid that Jennifer will have a set back with her O.C.D. as I know the disorder worsens with stress. This would be very sad, given the progress she has made in the last 12 months.

I have spent 8 years working (talking) with Jennifer, trying to help her overcome her obsessions. She has always had difficulty saying no to anybody that wants or needs something from her. She's constantly trying to make people happy, attempting to be the perfect mother, friend, employee or wife. All of this is being addressed in her weekly therapy. I know the USDA thinks that Jennifer is a horrible person. I only pray that when you see her in your court room that you will remember this letter and the fact that the person that wrote it would not lie to you. My belief is that Jennifer needs more help and compassion, not more punishment.

Judge Lasker, I pray that this letter finds you well and that God will lead you and bless you, always.

Sincerely,

David M. Shurts