UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04cr10022-MEL |
| | ) | |
| JENNIFER M SHURTS | ) | |
| Defendant. | ) | |

**SATISFACTION OF JUDGMENT**

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the Judgment as to the defendant, Jennifer M Shurts, by payment in full.

                                                Respectfully submitted,

                                                UNITED STATES OF AMERICA
                                                By its attorneys

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                           By:   /s/ Christopher R. Donato
                                                CHRISTOPHER R. DONATO
                                                Assistant U.S. Attorney
                                                1 Courthouse Way, Suite 9200
                                                Boston, MA 02210
                                                (617) 748-3303

Dated: February 28, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2006, this document was filed through the ECF system and sent to Jennifer Shurts located in Temecula, CA, electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

                                                /s/ Christopher R. Donato
                                                CHRISTOPHER R. DONATO
                                                Assistant U.S. Attorney